

| | |
|---|---|
| 1 | **KRONENBERGER ROSENFELD, LLP** |
| 2 | Karl S. Kronenberger (Bar No. 226112)<br>Jeffrey M. Rosenfeld (Bar No. 222187) |
| 3 | Virginia A. Sanderson (Bar No. 240241) |
| 4 | 150 Post Street, Suite 520<br>San Francisco, CA 94108 |
| 5 | Telephone:  (415) 955-1155<br>Facsimile:  (415) 955-1158 |
| 6 | karl@KRInternetLaw.com<br>jeff@KRInternetLaw.com |
| 7 | ginny@KRInternetLaw.com |
| 8 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW HUMBLE**, an individual, individually and on behalf of a class of similarly situated persons,<br><br>           Plaintiff,<br><br>vs.<br><br>**WISE MEDIA, LLC**, a Georgia Limited Liability Company, and **DOES 1-10**, inclusive,<br><br>           Defendants. | Case No. 3:12-cv-01203-MEJ<br><br>**NOTICE OF DISMISSAL** |

Case No. 3:12-cv-01203-MEJ                                                          **NOTICE OF DISMISSAL**

TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:

WHEREAS, Plaintiff Andrew Humble ("Plaintiff") commenced this action against Defendant Wise Media, LLC ("Defendant") on March 9, 2012, alleging that Defendant engaged in deceptive practices by sending unsolicited text messages to consumers' mobile phones and involuntarily enrolling consumers in Defendant's text-based subscription plan, and

WHEREAS, Defendant has furnished website and text message logs evidencing Defendant's position that Plaintiff knowingly consented to the subscription plan. While Plaintiff has not admitted consenting to Defendant's subscription plan, Plaintiff has not furnished evidence refuting Defendant's logs,

THEREFORE, Plaintiff Andrew Humble, by and through his undersigned counsel, HEREBY DISMISSES WITH PREJUDICE his individual claims against Wise Media, LLC pursuant to Fed. R. Civ. Proc. 41(a)(1)(a)(i), with each party to bear its own costs, expenses, and attorneys' fees. The claims asserted on behalf of putative class members are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(a)(i).

Respectfully Submitted,

DATED: March 27, 2012  **KRONENBERGER ROSENFELD, LLP**

By: ___s/ Karl S. Kronenberger___

Karl S. Kronenberger

Attorneys for Plaintiff Andrew Humble